UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff

vs.

DONALD L. CARCIERI, Governor
and PATRICK LYNCH, Attorney General

CA 06 490S

Civil Action No.______

PLAINTIFF'S MOTION FOR THE IMMEDIATE SUSPENSION OF THE CUSTODIAL EFFECTS OF RHODE ISLAND GOVERNOR DONALD L. CARCIERI'S RENDITION WARRANT ON PLAINTIFF

COMES NOW Plaintiff, Michael Keselica, pro se and moves this Court to immediately suspend the restraint on Plaintiff of Defendant, Rhode Island Governor Donald Carcieri's Rendition Warrant, pending investigation and litigation of Plaintiff's civil rights violation claims in the above referenced matter and in support thereof states the following:

1. On November 1, 2001, Plaintiff filed with this Court, Plaintiff's civil rights suit against Defendants Donald L. Carcieri and Patrick Lynch, seeking to revoke or suspend Rhode Island Governor Carcieri's [Governor's] Rendition Warrant, pending investigation and litigation of Plaintiff's civil rights claims.

2. In Plaintiff's civil rights suit, Plaintiff alleges the violation of:

(a) 42 USCS subsection 1983;

(b) 42 USCS subsection 1985; and

(c) 28 USCS subsection 1343 (a)(3);
by Defendants Carcieri and Lynch.

3. Plaintiff's civil rights violation claims are substantial, significant and meritorious and relief to Plaintiff by this Court is warranted. The demanding state in Plaintiff's extradition case, Virginia, has submitted perjured requisition affirmations, thus attempting to extradite Plaintiff illegally and unconstitutionally from Rhode Island. Plaintiff has provided "notice" to Defendant Carcieri on several occasions but to no avail. Furthermore, Defendant Lynch has misrepresented and concealed to both Defendant Carcieri and the Rhode Island Courts Virginia's perjured affirmations, all resulting in Plaintiff's incarceration and related violation of his civil rights, as documented by Plaintiff in his civil rights suit against these Defendants.

4. Furthermore, and of great urgency and importance, Plaintiff moved to Rhode Island from Maryland after his Mother's death on June 3, 2006 to care for his elderly Father in Newport, RI. These Party Defendants' actions, in furthering Virginia's criminal actions, has denied Plaintiff the ability and necessity to care for his Father.

WHEREFORE, as Plaintiff's civil rights violation claims are compelling and as Plaintiff is suffering from his incarceration based on the constitutionally violative actions, and inactions, of Defendants Carcieri and Lynch, Plaintiff respectfully

moves this Court to immediately suspend the custodial effects of Defendant Carcieri's Governor's Warrant and release Plaintiff pending investigation and litigation of Plaintiff's civil rights suit.

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of November, 2006 a copy of the foregoing was mailed postage paid first class to RI Governor Donald Carcieri, 222 State House, Providence, RI 02903 and RI Attorney General Patrick Lynch, 150 S. Main Street, Providence RI 02903.

Michael Keselica