UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff,

v. : CA 06-490 S

DONALD L. CARCIERI, Governor, and
PATRICK LYNCH, Attorney General,
Defendants.

**ORDER**
**DENYING MOTION FOR**
**SUSPENSION OF CUSTODY**

Before the Court is Plaintiff's Motion for the Immediate Suspension of the Custodial Effects of Rhode Island Governor Donald L. Carcieri's Rendition Warrant on Plaintiff (Document #3) ("Motion"). The Motion is DENIED because, as explained in the Court's Report and Recommendation of even date, Plaintiff's Complaint fails to state a claim upon which relief may be granted, and the action should be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 4, 2006

BY ORDER:

Deputy Clerk