UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff

v. ) CA 06-490S

DONALD L. CARCIERI, GOVERNOR
and
PATRICK LYNCH, ATTORNEY GENERAL
Defendants

PLAINTIFF'S MOTION TO AMEND
CIVIL COMPLAINT NO. CA 06-490S

NOW COMES Plaintiff, Michael G. Keselica, prose and moves this Court to allow Plaintiff to amend civil complaint no. CA 06-490S as follows:

1. On November 21, 2006, Plaintiff filed his Complaint in the above captioned case to this Court.

2. Page 3, Section V of Petitioner's Complaint – 'Relief [Requested]', stated the following:
"Revoke or suspend Rhode Island Governor Donald L. Carcieri's Rendition Warrant which has resulted in the current detention, and the profound violation of the civil rights of Plaintiff, Michael G. Keselica, at the ACI, Cranston, RI. 02920, pending investigation and litigation of Plaintiff's claims.

3. Section V should have read:

"Revoke or suspend Rhode Island Governor Donald L. Carcieri's Rendition Warrant which has resulted in the current detention, and the profound violation of the civil rights, of Plaintiff, Michael G. Keselica, at the ACI, Cranston, RI 02920, pending investigation and litigation of Plaintiff's claims and compensation for lost wages (approximately $16,800 as of December 5, 2006 and counting), attorney fees ($14,000 as of December 5, 2006 and counting), filing fees ($500 as of December 5, 2006 and counting), and exemplary [punitive] damages of $10,000,000.

4. Furthermore, Plaintiff requests a jury trial in the matter of Keselica v. Carcieri, et al, CA 06-490S, pursuant to the guarantee of such right by the Seventh Amendment of the U.S. Constitution (see attached Request for Jury Trial).

WHEREFORE, Plaintiff moves this Court to grant Plaintiff's Motion to Amend Civil Complaint No. CA 06-490S.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2006 a copy of the foregoing was mailed postage paid first class to Warden McCauley, ACI Intake Service Center, P.O. Box 8249, Cranston, RI 02920.

[signature]

Michael Keselica

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL G. KESELICA, Plaintiff | ) |
| v. | ) CA 06-490 S |
| DONALD L. CARCIERI, GOVERNOR and PATRICK LYNCH, ATTORNEY GENERAL Defendants | ) |

PLAINTIFF'S REQUEST FOR JURY TRIAL

NOW COMES Plaintiff, Michael Keselica, prose and requests a trial by jury in the above captioned case and in support thereof states the following:

1. The Seventh Amendment to the U.S. Constitution guarantees the right to a jury trial in any civil case before a federal court if the amount in controversy exceeds $20.00.

2. Plaintiff is currently seeking damages of $10,031,300.00 in civil matter Keselica v. Carcieri, et al, CA 06-490 S.

WHEREFORE, for the facts cited in paragraphs 1-2, Plaintiff requests a trial by jury in the above captioned matter.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920