UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff

v. CA 06-490 S

DONALD L. CARCIERI, GOVERNOR
and
PATRICK LYNCH, ATTORNEY GENERAL
Defendants

PLAINTIFF'S MOTION FOR JOINDER OF ADDITIONAL PARTIES

NOW COMES Plaintiff, Michael Keselica, pro se, and moves this Court to allow Plaintiff to join Virginia Governor Timothy Kaine and Fairfax County, Virginia Deputy Commonwealth Attorney Raymond Morrogh as Party Defendants to Civil Action No. 06-490 S and in support thereof states the following:

1. On November 21, 2006, Plaintiff filed his Complaint in this Court, CA 06-490S, against Party Defendants.

2. In his Complaint, Plaintiff attacked the constitutional and civil right violative actions which resulted in the issuance of Virginia Governor Timothy Kaine's Requisition Warrant, Rhode Island Governor Donald L. Carcieri's Rendition Warrant and the denial of Plaintiff's Motion for Bail.

3. In order for the just adjudication of Civil Action No. 06-490 S, Plaintiff needs to join Virginia Governor Timothy Kaine and Fairfax County, Virginia Deputy Commonwealth Attorney Raymond Morrogh as Party Defendants to this proceeding (Rule 19 of the

Federal Rules of Civil Procedure). In the absence of these additional Party Defendants, complete relief cannot be accorded Plaintiff.

4. Furthermore, these additional Party Defendants are also the subject of the current action before this Court and Plaintiff has a claim in interest against these new defendants as elaborated in Plaintiff's attached Motion to Amend and Supplement.

WHEREFORE, for the facts as presented above and in Plaintiff's Motion to Amend and Supplement, Plaintiff moves this Court to join Virginia Governor Timothy Kaine and Fairfax County, Virginia Deputy Commonwealth Attorney Raymond Morrogh as Party Defendants in the above captioned complaint.

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2006 a copy of the foregoing was mailed postage paid first class to the Office of the Attorney General for Rhode Island, 150 South Main Street, Providence, RI 02903.

Michael Keselica