UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff

v. CA 06-490 S

DONALD L. CARCIERI, GOVERNOR
and
PATRICK LYNCH, ATTORNEY GENERAL
Defendants

PLAINTIFF'S OBJECTION TO U.S. MAGISTRATE JUDGE DAVID L. MARTIN'S ORDER DENYING MOTION FOR SUSPENSION OF CUSTODY

NOW COMES Plaintiff, Michael G. Keselica, prose and objects to U.S. Magistrate Judge David L. Martin's December 4, 2006 Order Denying Plaintiff's Motion for the Immediate Suspension of the Custodial Effects of Rhode Island Governor Donald L. Carcieri's Rendition Warrant on Plaintiff and in support thereof states the following:

Plaintiff sought injunctive relief through his Motion for the Immediate Suspension of the Custodial Effects of Rhode Island Governor Carcieri's Rendition Warrant on Plaintiff.

The Magistrate Judge denied Plaintiff's Motion on December 4, 2006 stating that:

"The Motion is DENIED because, as explained in the Court's Report and Recommendation of even date, Plaintiff's Complaint fails to state a claim upon which relief may be granted, and the action should be dismissed pursuant to 28 U.S.C. subsection 1915(e)(2).

The explanation given by U.S. Magistrate Judge Martin in

his Report and Recommendation for dismissing Plaintiff's Complaint is that the alleged relief sought by Plaintiff, his release from incarceration, is not permissible under either a 42 U.S.C. subsection 1983 or 1985 claim. However, that was not the relief sought by Plaintiff in his original or amended Complaint. That was the purpose of this Motion – "For the Immediate Suspension of the Custodial Effects..." for which Plaintiff is objecting to its denial, for its reference to the reason why Plaintiff's Complaint was dismissed.

However, that reason is MOOT now, not only because the relief sought in Plaintiff's Complaint has been amended but also for the fact that the relief sought by Plaintiff in his Complaint is different than what was stated by Magistrate Judge Martin in his Report and Recommendation dismissing Plaintiff's Complaint and different than what is sought by Plaintiff in this Motion For Suspension of Custodial Effects. That error and its reliance to dismiss this motion thus renders this order erroneous and must be reinstated or be denied for a different reason.

Respectfully submitted

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2006 a copy of the foregoing was mailed postage paid first class to the Office of the Attorney General, 150 So. Main Street, Providence, RI 02903.

[signature]

Michael Keselica