UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael G. Keselica
Plaintiff

V. CA06-490S

Donald L. Carcieri, Governor,
and Patrick Lynch, Attorney General
Defendants

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 4, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's objection to the Report and Recommendation is DENIED and this action is dismissed pursuant to 28 U.S.C. § 1915 (e) (2).

BY ORDER:

Karen Baldwin
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/26/06