UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA,
Plaintiff

v. CA 06-490 S

DONALD CARCIERI, etal
Defendants

NOTICE OF APPEAL

COMES NOW Plaintiff, Michael Keselica, prose and appeals to the U.S. ~~District~~ Court of Appeals for the First Circuit, the December 26, 2006 Final Order of U.S. District Judge William Smith, dismissing Plaintiff's complaint, CA 06-490 S.

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2007, a copy of the foregoing was mailed postage paid first class to the Office of the Governor, State House, Providence, RI 02903

Michael Keselica