UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Plaintiff

v.

DONALD L. CARCIERI, Governor, et al
Defendants

CA 06-490S

PLAINTIFF'S OBJECTION TO U.S. DISTRICT COURT JUDGE
WILLIAM SMITH'S DECEMBER 26, 2006 FINAL ORDER

NOW COMES Plaintiff, Michael Keselica, pro se, and objects to U.S. District Court Judge William Smith's December 26, 2006 Final Order in the above captioned case and in support thereof states the following:

1. On January 13, 2007 Plaintiff received a TEXT ORDER dated January 12, 2007 denying as MOOT Plaintiff's Motion to Amend and to Amend and Supplement as they were apparently filed after this Court's Final Order dated December 26, 2006.

Plaintiff objects, not only to this Court's TEXT ORDER dated January 12, 2007 for its belated acceptance of Plaintiff's Motions to Amend but also to this Court's Final Order dated December 26, 2006 as Plaintiff was never sent a copy of this Final Order but also for its failure to incorporate Plaintiff's timely filed Motions.

On December 4, 2006, Magistrate Judge David L. Martin issued his Report and Recommendation to dismiss Plaintiff's civil action 1983 suit. Subsequently thereafter, Plaintiff filed the following:

(i) On December 5, 2006, Plaintiff's Motion to Amend Civil Complaint No. CA 06-490S;

(ii) On December 8, 2006, Plaintiff's Objection to Magistrate Judge David L. Martin's December 4, 2006 Report and Recommendation;

(iii) On December 8, 2006, Plaintiff's Motion for Joinder of Additional Parties; and

(iv) On December 9, 2006, Plaintiff's Motion to Amend and Supplement Civil Action No. CA 06-4905.

As cited above, Plaintiff's four Motions were filed several weeks before the Final Order issued by U.S. District Judge William Smith on December 4, 2006 but were not docketed until after Judge Smith's Final Order. Why the delay and why was Plaintiff not provided with Judge Smith's Final Order?

Therefore, Plaintiff respectfully objects to the December 26, 2006 Final Order as it did not take into consideration Plaintiff's timely filed motions cited above (i-iv) and is therefore void of considering amendments that would have negated Magistrate Judge David Martin's findings in his December 4, 2006 Report and Recommendation.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2007, a copy of the foregoing was mailed postage paid first class to Gov. Carcieri, State House, Providence, RI 02903.

[signature]
Michael Keselica