06-00490
USDC-RI
Judge Smith

# United States Court of Appeals
## For the First Circuit

No. 07-1195

MICHAEL G. KESELICA,

Plaintiff, Appellant,

v.

DONALD L. CARCIERI, ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: September 4, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See lst Cir. Loc. R. 27.0(c).

Michael G. Keselica's "Application for Order revoking or Suspending Governor Donald Carcieri's Rendition Warrant" is denied.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/25/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Keselica.]